B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>WESTERN DISTRICT OF OKLAHOMA<br>OKLAHOMA CITY DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Falcon Rigs, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**20-1626509** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**25586 N 2980 Road**<br>**Cashion, OK**<br>ZIP CODE **73016** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Kingfisher** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 142**<br>**Cashion, OK**<br>ZIP CODE **73016** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**     **Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.5.1, ID 1990967344)*

B1 (Official Form 1) (04/13)                                                                                                                    **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Falcon Rigs, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor  (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br>                                                                          Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

                        _____<br>                        (Name of landlord that obtained judgment)

                        _____<br>                        (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                                                  Page 3

| Voluntary Petition | Name of Debtor(s):  **Falcon Rigs, Inc.** |
| --- | --- |
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ O. Clifton Gooding**

**O. Clifton Gooding**              Bar No. **10315**

**The Gooding Law Firm, P.C.**
**204 N. Robinson**
**Suite 650**
**Oklahoma City, OK 73102**

Phone No.**(405) 948-1978**          Fax No.**(405) 948-0864**

4/28/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Falcon Rigs, Inc.**

X **/s/ Brian Smith**
Signature of Authorized Individual

**Brian Smith**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**4/28/2015**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.5.1, ID 1990967344)*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA
## OKLAHOMA CITY DIVISION

In re    **Falcon Rigs, Inc.**                                         Case No.

                                                                       Chapter    **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on    **4/28/2015**    .

   a. Total Assets                                          _____

   b. Total debts (including debts listed in 2.c., below)    _____

   c. Debt securities held by more than 500 holders:                          Approximate
                                                                 number of
                                                                holders:

| | | | | |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |

   d. Number of shares of preferred stock              _____    _____

   e. Number of shares of common stock                 _____    _____

     Comments, if any:

3. Brief description of debtor's business:

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

B6A (Official Form 6A) (12/07)

In re  **Falcon Rigs, Inc.**                                              Case No. _____
                                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 25586 N 2980 Road, Cashion, OK 77 Acres/Building and Land<br><br>Legal Description: Surface Rights Only In and To: The North Half (N/2) of the Southeast Quarter (SE/4) of Section Two (2), Toqnship Fifteen (15) North, Range Five (5) W.I.M., LESS AND EXCEPT a tract of land beginning at the Southeast corner of the North Half of the Southeast Quarter of Section 2, Township 15 North, range 5 W.I.M.; thence West 417.42 feet; thence North 208.71 feet; thence East 417.42 feet; thence South 208.71 feet to the point of beginning, containing two (2) acres more or less; and LESS AND EXCEPT a traact of land beginning at the Northeast corner of the Southeast Quarter of Section 2, Township 15 North Range 5 W.I.M., extending West 417.42 feet; thence South 208.71 feet; thence East 417.42 feet; thence North 208.71 feet to the point of beginning | Real Property | | $1,000,000.00 | $1,100,000.00 |
| | | **Total:** | **$1,000,000.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Falcon Rigs, Inc.**                                      Case No. _____
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Savings Account with Chase Bank Account number ending in 9983<br><br>Checking Account with Chase Bank Account number ending in 6858 | $140.06<br><br>$13,967.39 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Falcon Rigs, Inc.**                                    Case No. _____
                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | 1006-10 108-275 | | $43.53 |
| | | AAA Well Service LLC | | $28,877.25 |
| | | ADWOC | | $246.00 |
| | | Cimarron Valley Transports CVT | | $29,757.84 |
| | | Complete Well Service | | $5,794.18 |
| | | Corral machine Shop | | $18.75 |
| | | David Pond Well Service, Inc | | $305.88 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Falcon Rigs, Inc.**                                    Case No. _____
                                                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Derrick Butler | | $59.18 |
| | | Drumright Oilwell Services, LLC | | $403.32 |
| | | Ekkel Diesel Repair | | $120.59 |
| | | ESC Oil Field Supply | | $1,076.44 |
| | | Falcon rigs de Colombia | | $14,434.01 |
| | | Hennessey Well Service | | $32.60 |
| | | Horizon Well Testing | | $174.28 |
| | | Hydradyne Hydraulics, LLC | | $10,045.20 |
| | | Interstate Power | | $446.25 |
| | | K B Machine | | $5,431.47 |
| | | Kenneth Higdon | | $697.22 |
| | | Key Energy #206 | | $40,844.42 |
| | | Latco | | $4,546.35 |
| | | Magnum Energy Service | | $3,375.24 |
| | | Northern AT | | $221.81 |
| | | Northstar Well Service | | $652.63 |
| | | Perfection Truck Parts & Equipment | | $10,000.00 |
| | | Petrosantander Colombia | | $16,692.00 |
| | | Petrosantander Romania SRL | | $5,314.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Falcon Rigs, Inc.**                                    Case No. _____
                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Petroworks | | $11,863.56 |
| | | Petroworks DR-1000 | | $1,049,823.89 |
| | | Pioneer Drilling | | $1,088.91 |
| | | Ram Services | | $2,236.40 |
| | | Shebester Bechtel | | $2,733.61 |
| | | Sondagens | | $30.00 |
| | | Team Services | | $1,017.42 |
| | | Vermajo Energy Services Company LLC | | $201.47 |
| | | Weiness Machine | | $5,179.72 |
| | | WELCO International | | $201.31 |
| | | Wilson Trailer Sales | | $7,529.45 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Falcon Rigs, Inc.**                                                        Case No. _____
                                                                                                  (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2012 Chevy Pick Up 25586 N 2980 Road Cashion, OK 73016 | | $28,475.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Falcon Rigs, Inc.**                                         Case No. _____
                                                                            (if known)

# SCHEDULE B - PERSONAL PROPERTY
### Continuation Sheet No. 5

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | Furniture and Fixtures<br>25586 N 2980 Road<br>Cashion, OK 73016 | $51,810.93 |
| | | Other Misc Equipment<br>25586 N 2980 Road<br>Cashion, OK 73016 | $850,286.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Crane<br>25586 N 2980 Road<br>Cashion, OK 73016 | $120,000.00 |
| | | 2013 Model 1000hp Rig Trailer<br>25586 N 2980 Road<br>Cashion, OK 73016<br>The Debtor is not sure who owns the 2013 Model 1000hp Rig Trailer it is either Welco International or Venseca Group.  The Debtor is only holding it as a stake holder. | $70,000.00 |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

_____5_____ continuation sheets attached          **Total >**    $2,396,195.56

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Falcon Rigs, Inc.**                                          Case No. _____
                                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐   Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                      $155,675.*

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*                                                    **$0.00**        **$0.00**

B6D (Official Form 6D) (12/07)

In re **Falcon Rigs, Inc.**                                      Case No. _____

                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx xxxxunts**<br><br>**C.H. Smith**<br>**604 Lilac Court**<br>**Blanchard, OK 73010** | | DATE INCURRED: **02/05/2015**<br>NATURE OF LIEN:<br>**Trade Debt/Purchase Money**<br>COLLATERAL:<br>**2012 Chevy Pick Up**<br>REMARKS:<br><br>VALUE: **$28,475.00** | | | | **$145,478.51** | **$117,003.51** |
| ACCT #:<br><br>**Equify Financial**<br>**13600 Heritage Parkway Suite 150**<br>**Ft. Worth, TX 76177** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**Crane**<br>REMARKS:<br><br>VALUE: **$120,000.00** | | | | **$40,000.00** | |
| ACCT #: **xxx xxxxunts**<br><br>**Ray Price**<br>**PO Box 955**<br>**Guthrie, OK 73044** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**1st Mortgage**<br>COLLATERAL:<br>**25586 N 2980 Road, Cashion, OK**<br>REMARKS:<br><br>VALUE: **$1,000,000.00** | | | | **$1,100,000.00** | **$100,000.00** |
| | | | | | | | |
| | | Subtotal (Total of this Page) > | | | | **$1,285,478.51** | **$217,003.51** |
| | | Total (Use only on last page) > | | | | **$1,285,478.51** | **$217,003.51** |

___**No**___ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re **Falcon Rigs, Inc.**                                    Case No. _____

                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☑ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**2**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re  **Falcon Rigs, Inc.**                                                    Case No. _____
                                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**IRS**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #: **xxx xxxxunts**<br>**Kingfisher County Treasurer**<br>**PO Box 148**<br>**Kingfisher, OK 73750-0148** | | DATE INCURRED: **Various years**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$25,857.00** | **$25,857.00** | **$0.00** |
| ACCT #:<br>**Oklahoma Tax Commission**<br>**Legal Division**<br>**120 North Robinson, Ste. 2000**<br>**Oklahoma City, OK 73102-7471** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___**1**___ of ___**2**___ continuation sheets                 Subtotals (Totals of this page) >   | **$25,857.00** | **$25,857.00** | **$0.00** |
attached to Schedule of Creditors Holding Priority Claims

                                                                        Total >
                                        **(Use only on last page of the completed Schedule E.**
                                        **Report also on the Summary of Schedules.)**

                                                                        Totals >
                                        **(Use only on last page of the completed Schedule E.**
                                        **If applicable, report also on the Statistical Summary**
                                        **of Certain Liabilities and Related Data.)**

B6E (Official Form 6E) (04/13) - Cont.

In re  **Falcon Rigs, Inc.**                                    Case No. _____
                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Domestic Support Obligations |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Candice Smith**<br>**10601 Windway Ave**<br>**Oklahoma City, OK 73162** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___2___ of ___2___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total ><br>(Use only on last page of the completed Schedule E.<br>Report also on the Summary of Schedules.) | $25,857.00 |

| | | |
|---|---|---|
| Totals ><br>(Use only on last page of the completed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data.) | $25,857.00 | $0.00 |

B6F (Official Form 6F) (12/07)

In re    **Falcon Rigs, Inc.**                                          Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts**<br>**A Weldor Supply**<br>**P.O. Box 82184**<br>**Oklahoma City, OK 73148-0184** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$6,795.29** |
| ACCT #:  **xxx xxxxunts**<br>**Accurate Laboratories, Inc.**<br>**P.O. Box 94938**<br>**Oklahoma City, OK 73143** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$778.00** |
| ACCT #:  **xxx xxxxunts**<br>**Accurate Safety Compliance**<br>**P.O. Box 721011**<br>**Norman, OK 73070** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,978.49** |
| ACCT #:  **xxx xxxxunts**<br>**Ace Hardware**<br>**123 East Miles**<br>**Kingfisher, OK 73750** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,394.71** |
| ACCT #:  **xxx xxxxunts**<br>**Advanced Pressure, Inc.**<br>**P.O. Box 270323**<br>**OKlahoma City, OK 73137** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$17,324.40** |
| ACCT #:  **xxx xxxxunts**<br>**Advantage Power Battery**<br>**P.O. Box 890368**<br>**Oklahoma City, OK  73189** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$2,782.47** |
| | | Subtotal > | | | | **$31,053.36** |
| _____30_____ continuation sheets attached | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | | | | |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Falcon Rigs, Inc.**                                                                 Case No. _____
                                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts**<br>**AEI Corp**<br>**P.O. Box 1945**<br>**Oklahoma City, OK  73101** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $215.72 |
| ACCT #:  **xxx xxxxunts**<br>**Allied Bearing**<br>**P.O. Box 402847**<br>**Atlanta, GA 30384-2847** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,039.59 |
| ACCT #:  **xxx xxxxunts**<br>**Amarillo Gear**<br>**P.O. Box 91257**<br>**Chicago, IL 60693** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $8,882.87 |
| ACCT #:  **xxx xxxxunts**<br>**American Fire and Safety**<br>**1521 W. Reno**<br>**Oklahoma City, OK 73106** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $501.69 |
| ACCT #:  **xxx xxxxunts**<br>**Ameripipe Supply**<br>**P.O. Box 29667**<br>**Dallas, TX 75229-0667** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $5.00 |
| ACCT #:  **xxx xxxxunts**<br>**Anderson Sales**<br>**201 N. Cooley Dr.**<br>**Oklahoma City, OK 73127** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,602.80 |

Sheet no. ____**1**____ of ____**30**____ continuation sheets attached to                                    Subtotal >        | $13,247.67 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Falcon Rigs, Inc.**                                    Case No. _____

                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts**<br>**API Monogram Program**<br>**P.O. Box 1425**<br>**Merrifield, VA 22116-1425** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$6,000.00** |
| ACCT #:  **xxx xxxxunts**<br>**APSCO Inc**<br>**PO Box 470948**<br>**Tulsa, OK 74147** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$2,781.12** |
| ACCT #:  **xxx xxxxunts**<br>**ARS**<br>**200 N.E. 48th**<br>**Oklahoma City, OK  73105** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$157.00** |
| ACCT #:  **xxx xxxxunts**<br>**Association of Energy Service Companies**<br>**14531 FM 529, Suite 250**<br>**Houston, TX 77095** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,200.00** |
| ACCT #:  **xxx xxxxunts**<br>**AT&T U-verse**<br>**PO Box 5014**<br>**Carol Stream, IL 60197-5014** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$618.00** |
| ACCT #:  **xxx xxxxunts**<br>**B & H Supply**<br>**1420 S.W. 3rd**<br>**Oklahoma City, OK  73108-1433** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$6,039.19** |

Sheet no. ___**2**___ of ___**30**___ continuation sheets attached to      Subtotal >      **$16,795.31**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                Total >

                                        **(Use only on last page of the completed Schedule F.)**

                                 **(Report also on Summary of Schedules and, if applicable, on the**

                                 **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Falcon Rigs, Inc.**                                          Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts**<br>**BBM of OKC**<br>**3220 E. I-240 Service Road**<br>**Oklahoma City, OK 73135-1729** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$496.54** |
| ACCT #:  **xxx xxxxunts**<br>**Beaver Express**<br>**P.O. Box 1168**<br>**Woodward, OK  73802** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,097.88** |
| ACCT #:  **xxx xxxxunts**<br>**Bishop Lifting Products, Inc.**<br>**9140 W. Reno**<br>**Oklahoma City, Ok 73127** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$21,127.35** |
| ACCT #:  **xxx xxxxunts**<br>**Bodkin Construction**<br>**Rt. 1 Box 31**<br>**Cashion, OK 73016** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$500.00** |
| ACCT #:  **xxx xxxxunts**<br>**Bruckners Truck Sales**<br>**Corporate Billing LLC**<br>**Dept 959 PO Box 1000**<br>**Memphis, TN 38148** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$2,867.13** |
| ACCT #:  **xxx xxxxunts**<br>**C M C of Georgia, Inc.**<br>**2167 Highway 123**<br>**Toccoa, GA 30577** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$10,840.80** |

Sheet no. ___**3**___ of ___**30**___ continuation sheets attached to                                    Subtotal >          **$36,929.70**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                        Total >
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Falcon Rigs, Inc.**                                    Case No. _____

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts**<br>**Cannon Spring**<br>**4601 N. Walnut**<br>**Oklahoma City, OK  73105** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$400.00** |
| ACCT #:  **xxx xxxxunts**<br>**Champion Hi Tech Mfg.**<br>**P.O. Box 4356 Dept. #1618**<br>**Houston, TX 77210-4356** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$799.36** |
| ACCT #:  **xxx xxxxunts**<br>**Cimarron Valley Transports**<br>**P.O. Box 307**<br>**Cashion, OK 73016** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$94,512.61** |
| ACCT #:  **xxx xxxxunts**<br>**Cintas Corporation**<br>**Location # 64**<br>**PO Box 88005**<br>**Chicago, IL 60680-1005** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$679.62** |
| ACCT #:  **xxx xxxxunts**<br>**Cintas Corporation First Aid & Safety**<br>**P.O. Box 631025**<br>**Cincinnati, OH 45263-1025** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$2,639.16** |
| ACCT #:  **xxx xxxxunts**<br>**CLUTCHCO**<br>**PO Box 1448**<br>**Humble, TX 77347** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$8,871.79** |

Sheet no. ___**4**___ of ___**30**___ continuation sheets attached to                                    **Subtotal >**          **$107,902.54**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
                                         **(Use only on last page of the completed Schedule F.)**
                                         **(Report also on Summary of Schedules and, if applicable, on the**
                                         **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Falcon Rigs, Inc.**                                       Case No. _____

                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts**<br>**Colonial Life**<br>**Processing Center**<br>**P.O. Box 1365**<br>**Columbia, SC 29202-1365** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$2,615.33** |
| ACCT #:  **xxx xxxxunts**<br>**Compressed Gas & Supply**<br>**1301 W. Reno**<br>**Oklahoma City, OK 73106** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$9,303.73** |
| ACCT #:  **xxx xxxxunts**<br>**Cope Plastics**<br>**P.O. Box 368**<br>**Godfrey, IL  62035-0368** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$351.60** |
| ACCT #:  **xxx xxxxunts**<br>**Crane Carrier Co**<br>**1925 N Sheridan**<br>**Tulsa, OK 74158** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$19,785.30** |
| ACCT #:  **xxx xxxxunts**<br>**Crown Oilfield Instrumentation**<br>**PO Box 790**<br>**Maurice, LA 70555** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,301.47** |
| ACCT #:  **xxx xxxxunts**<br>**Cspl OKC Branch**<br>**P.O. Box 910509**<br>**Dallas, TX 75391-0509** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$71,210.86** |

Sheet no. ___**5**___ of ___**30**___ continuation sheets attached to    Subtotal >    **$104,568.29**

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Falcon Rigs, Inc.**                                      Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts**<br>**Custom Manufacturing**<br>**P.O. Box 1623**<br>**Norman, OK 73070** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$4,221.00** |
| ACCT #:  **xxx xxxxunts**<br>**DHL Express - USA**<br>**16592 Collections Center Drive**<br>**Chicago, IL 60693** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$194.74** |
| ACCT #:  **xxx xxxxunts**<br>**DirectTV**<br>**PO Box 60036**<br>**Los Angeles, CA 90060-0036** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$536.05** |
| ACCT #:  **xxx xxxxunts**<br>**Drillers Service**<br>**P.O. Box 95282**<br>**Oklahoma City, OK  73143-5282** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$3,163.42** |
| ACCT #:  **xxx xxxxunts**<br>**Drs. Reichert & Reichert**<br>**1512 Elm Street**<br>**El Reno, OK 73036** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$181.00** |
| ACCT #:  **xxx xxxxunts**<br>**Edmond Safe and Lock**<br>**115 W, 15th St. #304**<br>**Edmond, OK 73013-3662** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$168.46** |

Sheet no. ____**6**____ of ____**30**____ continuation sheets attached to                              Subtotal >                   **$8,464.67**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                      Total >
                                                    **(Use only on last page of the completed Schedule F.)**
                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Falcon Rigs, Inc.**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts**<br>**Edward W. Daniel**<br>**P.O. Box 931792**<br>**Cleveland, OH  44193-1162** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,524.00** |
| ACCT #:  **xxx xxxxunts**<br>**Energy Equipment Sales**<br>**P.O. Box 955**<br>**Guthrie, OK  73044** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$27,220.00** |
| ACCT #:  **xxx xxxxunts**<br>**Eureka Water**<br>**P.O. Box 26730**<br>**Oklahoma City, OK  73126** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$197.25** |
| ACCT #:  **xxx xxxxunts**<br>**Eureka Water**<br>**P.O. Box 26730**<br>**Oklahoma City, OK  73126** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$931.85** |
| ACCT #:  **xxx xxxxunts**<br>**EVCO Service Co**<br>**P.O. Box 907**<br>**Tuttle, OK 73089** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$34,662.35** |
| ACCT #:  **xxx xxxxunts**<br>**Excalibur Oilfield Supply**<br>**PO Box 13058**<br>**Oklahoma City, OK 73113** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$2,775.00** |

Sheet no. ___**7**___ of ___**30**___ continuation sheets attached to      Subtotal >   | **$67,310.45**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Falcon Rigs, Inc.**                                                    Case No. _____

                                                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts** <br> **Fastenal Company** <br> **P.O. Box 978** <br> **Winona, MN 55987-0978** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | **$4,025.92** |
| ACCT #:  **xxx xxxxunts** <br> **Fed Ex** <br> **P.O. Box 660481** <br> **Dallas, TX 75266-0481** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | **$358.04** |
| ACCT #:  **xxx xxxxunts** <br> **Fed Ex Freight** <br> **Dept CH** <br> **P.O. Box 10306** <br> **Palatine, IL 60055-0306** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | **$2,414.93** |
| ACCT #:  **xxx xxxxunts** <br> **Fentress Oil Co.** <br> **901 N.W. 71 Place** <br> **Oklahoma City, OK 73116** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | **$332.96** |
| ACCT #:  **xxx xxxxunts** <br> **Fire Suppression Specialist** <br> **1125 SE Gran Blvd., Suite 106** <br> **Oklahoma City, OK 73129** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | **$159.00** |
| ACCT #:  **xxx xxxxunts** <br> **FLANCO** <br> **P.O. Box 96768** <br> **Oklahoma City, OK 73143-6768** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | **$749.38** |

Sheet no. ___**8**___ of ___**30**___ continuation sheets attached to                                           Subtotal >    | **$8,040.23** |

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                     Total >
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Falcon Rigs, Inc.**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xxx xxxxunts<br>**Fleetpride**<br>**P.O. Box 847118**<br>**Dallas, TX  75284-7118** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $21.70 |
| ACCT #:  xxx xxxxunts<br>**Garrison Brothers Pipe & Used Equipment**<br>**P.O. Box 1026**<br>**El Reno, OK 73036** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $744.00 |
| ACCT #:  xxx xxxxunts<br>**Garrison Manufacturing**<br>**3320 S. Yale**<br>**Santa Ana, CA 92704** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $865.44 |
| ACCT #:  xxx xxxxunts<br>**GoEngineer**<br>**1787 East Ft. Union Blvd, Suite 100**<br>**Cottonwood Heights, UT 84121** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $4,840.45 |
| ACCT #:  xxx xxxxunts<br>**Grainger**<br>**Dept. 866671050**<br>**P.O. Box 417267**<br>**Kansas City, MO  64141-6267** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $9,880.06 |
| ACCT #:  xxx xxxxunts<br>**Guardian Safety and Compliance**<br>**2603 N. Shields Blvd**<br>**Moore, OK 73160** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $7,417.65 |

Sheet no. ___**9**___ of ___**30**___ continuation sheets attached to          **Subtotal >** | $23,769.30
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Falcon Rigs, Inc.**                                        Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts**<br>**H-I-S Paint Mfg. Co. LLC**<br>**1801 West Reno**<br>**Oklahoma City, OK 73106** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,716.34** |
| ACCT #:  **xxx xxxxunts**<br>**Howard Supply**<br>**Dept 312**<br>**P.O. Box 4869**<br>**Houston, TX 77210-4869** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$52,500.00** |
| ACCT #:  **xxx xxxxunts**<br>**Hugg & Hall Equipment Co**<br>**P.O. Box 194110**<br>**Little Rock, AR 72219-4110** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$94.20** |
| ACCT #:  **xxx xxxxunts**<br>**Hunzicker Bros.**<br>**P.O. Box 25248**<br>**Oklahoma City, OK  73125** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,396.43** |
| ACCT #:  **xxx xxxxunts**<br>**Hydradyne Hydraulics**<br>**P.O. Box 974799**<br>**Dallas, TX  75397.4799** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$27,258.58** |
| ACCT #:  **xxx xxxxunts**<br>**Hydraquip**<br>**P.O Box 4493**<br>**Houston, TX 77210-4493** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,281.13** |

Sheet no. ___**10**___ of ___**30**___ continuation sheets attached to                                       Subtotal >      **$84,246.68**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                 Total >
                                              **(Use only on last page of the completed Schedule F.)**
                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Falcon Rigs, Inc.**                                           Case No. _____

                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts**<br>**Hydraulic Outlet**<br>**100 N Rockwell Ave**<br>**Oklahoma City, OK 73127** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$188.47** |
| ACCT #:  **xxx xxxxunts**<br>**Hydraulic Sales & Service, Inc.**<br>**1920 East 2nd**<br>**PO Box 1548**<br>**Odessa, TX  79760** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$4,425.90** |
| ACCT #:  **xxx xxxxunts**<br>**IBT**<br>**512 North Douglas Avenue**<br>**Oklahoma City, OK 73106-5008** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,762.17** |
| ACCT #:  **xxx xxxxunts**<br>**Industrial Specialists**<br>**PO Box 670721**<br>**Dallas, TX 75267-0721** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$56,108.65** |
| ACCT #:  **xxx xxxxunts**<br>**Inland Truck Parts**<br>**1905 S. Nicklas**<br>**Oklahoma City, Ok 73128-3052** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,808.65** |
| ACCT #:  **xxx xxxxunts**<br>**Interstate Billing Service**<br>**PO Box 2208**<br>**Decatur, AL 35609-2208** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$4,290.41** |

Sheet no. __**11**__ of ____**30**____ continuation sheets attached to                                    Subtotal >     **$68,584.25**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    Total >
                                            **(Use only on last page of the completed Schedule F.)**
                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                      **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Falcon Rigs, Inc.**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xxx xxxxunts<br>**J & E Supply**<br>**P.O. Box 19466**<br>**Oklahoma City, OK  73144** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,707.73 |
| ACCT #:  xxx xxxxunts<br>**J & R Commercial Radiator**<br>**827 SE 26th St.**<br>**Oklahoma City, Ok  73129** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $677.25 |
| ACCT #:  xxx xxxxunts<br>**Jim Johnson Oil Company**<br>**P.O. Box 66**<br>**El Reno, OK 73036** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $250.50 |
| ACCT #:  xxx xxxxunts<br>**John Vance Motors**<br>**5400 S. Division St.**<br>**Gutherie, OK 73044** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $169.91 |
| ACCT #:  xxx xxxxunts<br>**K & S Tire**<br>**P.O. Box 686**<br>**Kingfisher, OK 73750** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $333.36 |
| ACCT #:  xxx xxxouns<br>**Kaman Industrial Tech.**<br>**PO Box 402847**<br>**Atlanta, GA 30384-2847** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $5,110.47 |

Sheet no. __**12**__ of ____**30**____ continuation sheets attached to                                         Subtotal >    $10,249.22

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Falcon Rigs, Inc.**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xxx xxxxunts<br>**KAT Machine**<br>**5209 SW 23rd Street**<br>**Oklahoma City, OK 73128** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$92,776.81** |
| Representing:<br>KAT Machine | | **McAfee & Taft**<br>**211 N Robinson Ave., Floor 10**<br>**Oklahoma City, OK 73102** | | | | **Notice Only** |
| ACCT #:  xxx xxxxunts<br>**KB Machine**<br>**Rt. 4 Box 206**<br>**Kingfisher, OK  73750** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$9,000.00** |
| ACCT #:  xxx xxxxunts<br>**Kerner's Heat & Air**<br>**114 E Buena Vista**<br>**Cashion, OK 73016** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$117.50** |
| ACCT #:  xxx xxxxunts<br>**Kingfisher Regional Hospital**<br>**P.O. Box 59**<br>**Kingfisher, OK  73750** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,544.55** |
| ACCT #:  xxx xxxxunts<br>**Kirby Smith Machinery INC.**<br>**P.O. Box 270360**<br>**Oklahoma City, OK  73137** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$997.41** |

Sheet no. ___**13**___ of ___**30**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$104,436.27**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Falcon Rigs, Inc.**                                      Case No. _____

                                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts**<br>**KONECRANES INC**<br>**PO Box 641807**<br>**Pittsburgh, PA 15264-1807** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$5,469.09** |
| ACCT #:  **xxx xxxxunts**<br>**KP Supply**<br>**PO Box 686**<br>**Oklahoma City, OK 73101-0686** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$139.50** |
| ACCT #:  **xxx xxxxunts**<br>**L&W Mfg LLC**<br>**8702 State Hwy 33**<br>**Kingfisher, OK 73750** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$180.00** |
| ACCT #:  **xxx xxxxunts**<br>**Ladd Industries**<br>**26449 Network Place**<br>**Chicago, IL 60673-1264** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$2,779.39** |
| ACCT #:  **xxx xxxxunts**<br>**Lebus International Inc.**<br>**P.O. Box 2352**<br>**Longview, TX  75606-2352** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$19,428.00** |
| ACCT #:  **xxx xxxxunts**<br>**Lewis Mfg**<br>**3601 S Byers Ave**<br>**Guthrie, OK 73129** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$3,598.99** |

Sheet no. ___**14**___ of ___**30**___ continuation sheets attached to                                  Subtotal >      **$31,594.97**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                Total >
                                                     **(Use only on last page of the completed Schedule F.)**
                                                     **(Report also on Summary of Schedules and, if applicable, on the**
                                                     **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Falcon Rigs, Inc.**                                    Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xxx xxxxunts<br>**Logan Co. Rural Water #2**<br>**Rt. 2 Box 183**<br>**Crescent, OK  73028** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $22.68 |
| ACCT #:  xxx xxxxunts<br>**M & M Supply**<br>**P.O. Box 870164**<br>**Kansas City, MO 64187** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $234.00 |
| ACCT #:  xxx xxxxunts<br>**Magic Industries**<br>**2308 S. Laurent**<br>**Victoria, TX 77901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $4,259.85 |
| ACCT #:  xxx xxxxunts<br>**Manchester Tank**<br>**12536 Collection Ctr Dr.**<br>**Chicago, IL  60693** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $5,330.88 |
| ACCT #:  xxx xxxxunts<br>**Mark Mullin Co.**<br>**1222 Old North Place**<br>**Sand Springs, OK  74063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $33,189.25 |
| ACCT #:  xxx xxxxunts<br>**MATTCO**<br>**12000 Eastex Freeway**<br>**Hounton, TX 77039** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $20,475.00 |

Sheet no. __**15**__ of __**30**__ continuation sheets attached to                          Subtotal >          $63,511.66

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the**

**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Falcon Rigs, Inc.**                                          Case No. _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xxx xxxxunts<br>**MCM Oil Tools, Inc.**<br>**10422 West Gulf Bank Road**<br>**Houston, TX 77040** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$6,548.85** |
| ACCT #:  xxx xxxxunts<br>**Medley Material Handling**<br>**PO Box 26706**<br>**Oklahoma City, OK 73126-0706** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,762.73** |
| ACCT #:  xxx xxxxunts<br>**Mid-America Rigging L.L.C**<br>**303 North Villa**<br>**Oklahoma City, Ok 73107** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$46,081.95** |
| ACCT #:  xxx xxxxunts<br>**Midwest Hose**<br>**P.O. Box 96558**<br>**Oklahoma City, OK  73143** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$15,897.57** |
| ACCT #:  xxx xxxxunts<br>**Modern Woodmen of America**<br>**P.O. Box 2005**<br>**Rock Island, IL 61204-2005** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$4,076.25** |
| ACCT #:  xxx xxxxunts<br>**Mohawk Materials**<br>**P.O. Box 640**<br>**Sand Springs, OK  74063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$3,596.49** |

Sheet no. __16__ of __30__ continuation sheets attached to                                    Subtotal >    | **$77,963.84** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Falcon Rigs, Inc.**                                    Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xxx xxxxunts**<br>**Morgan Brake & Clutch Inc.**<br>**#6 - 1701 Summit Avenue**<br>**Plano, TX 75074-8175** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$21,881.39** |
| ACCT #: **xxx xxxxunts**<br>**Motion Industries**<br>**4116 Will Rogers Parkway**<br>**Suite 800**<br>**Oklahoma City, OK 73108** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$14,142.52** |
| ACCT #: **xxx xxxxunts**<br>**Mountain Creek Products**<br>**200 N Main St**<br>**Bristow, OK 74010** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,241.24** |
| ACCT #: **xxx xxxxunts**<br>**MTM Recognition Corp**<br>**P.O. Box 15659**<br>**Oklahoma City, OK73115-5659** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$395.76** |
| ACCT #: **xxx xxxxunts**<br>**MTM Recognition Corporation**<br>**P.O. Box 15659**<br>**Oklahoma City, OK 73115-5659** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,841.37** |
| ACCT #: **xxx xxxxunts**<br>**Mud King Products**<br>**15211 Woodham Drive**<br>**Houston, TX 77073** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$35,433.00** |

Sheet no. **17** of **30** continuation sheets attached to                                    Subtotal >    **$74,935.28**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                   Total >
                                         **(Use only on last page of the completed Schedule F.)**
                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                      **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Falcon Rigs, Inc.**                                    Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts**<br>**Mueller, INC.**<br>**3400 S. US Highway 81 Service**<br>**El Reno, OK 73036** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$545.83** |
| ACCT #:  **xxx xxxxunts**<br>**Munn Supply**<br>**P.O. Box 1145**<br>**Enid, OK  73702** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,690.14** |
| ACCT #:  **xxx xxxxunts**<br>**NAMCO Machine & Gear Works LTD**<br>**9168-35th Avenue**<br>**Edmonton, Alberta, Canada, T6E 6N9** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$3,700.00** |
| ACCT #:  **xxx xxxxunts**<br>**Napa**<br>**1111 S. Main**<br>**Kingfisher, OK 73750** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$7,655.54** |
| ACCT #:  **xxx xxxxunts**<br>**Napa Auto Parts**<br>**301 N. Wentz**<br>**Guthrie, OK 73044** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$32.76** |
| ACCT #:  **xxx xxxxunts**<br>**National Oilwell**<br>**PO Box 843200**<br>**Dallas, TX 75284-3200** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,408.64** |

Sheet no. ___**18**___ of ___**30**___ continuation sheets attached to                                 Subtotal >    | **$15,032.91** |

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Falcon Rigs, Inc.**                                          Case No. _____
                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts**<br>**NMHG Financial Services**<br>**PO Box 643749**<br>**Pittsburgh, PA 15264-3749** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $17,166.39 |
| ACCT #:  **xxx xxxxunts**<br>**No Limit Equipment**<br>**PO Box 1196**<br>**Mustang, OK 73064** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $299.64 |
| ACCT #:  **xxx xxxxunts**<br>**Northern Tool**<br>**BlueTarp Financial**<br>**PO box 105525**<br>**Atlanta, GA 30348-5525** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $4,571.09 |
| ACCT #:  **xxx xxxxunts**<br>**O'Reilly Auto Parts**<br>**P.O. Box 9464**<br>**Springfield, MO 65801-9464** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,375.64 |
| ACCT #:  **xxx xxxxunts**<br>**Occupational Health Centers**<br>**PO Box 75410**<br>**Oklahoma City, OK 73147-0410** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $217.50 |
| ACCT #:  **xxx xxxxunts**<br>**Office Depot**<br>**P.O. Box 689020**<br>**Des Moines, IA  50368-9020** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $129.50 |

Sheet no. __**19**__ of __**30**__ continuation sheets attached to                              **Subtotal >**          $23,759.76
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                              **Total >**
                                                        **(Use only on last page of the completed Schedule F.)**
                                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Falcon Rigs, Inc.**                                    Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xxx xxxxunts<br>**Palmer Johnson Power Systems**<br>**1835 Haynes Drive**<br>**Sun Prairie, WI 53590-3909** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$2,952.04** |
| ACCT #:  xxx xxxxunts<br>**Parker Hannifin Mobile Cyln. Div.**<br>**7998 Collection Center Dr.**<br>**Chicago, IL  60693** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$3,450.00** |
| ACCT #:  xxx xxxxunts<br>**Pemco of New Mexico**<br>**PO Box 428**<br>**Hobbs, New Mexico 88240** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$11,966.38** |
| ACCT #:  xxx xxxxunts<br>**Perfection Truck Parts and Equipment**<br>**Regions Interstate Billings Service**<br>**P.O. Box 2208**<br>**Decatur, AL 35609-2208** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$148,781.16** |
| ACCT #:  xxx xxxxunts<br>**Pioneer Telephone**<br>**Attn: Legal Dept**<br>**P.O. Box 539**<br>**Kingfisher, OK  73750** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$430.63** |
| ACCT #:  xxx xxxxunts<br>**Port City Metals Services**<br>**3101 Charles Page Blvd.**<br>**Tulsa, OK 74127** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$5,317.00** |

Sheet no. __**20**__ of __**30**__ continuation sheets attached to                                  Subtotal >        |  **$172,897.21**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >
                    **(Use only on last page of the completed Schedule F.)**
                    **(Report also on Summary of Schedules and, if applicable, on the**
                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Falcon Rigs, Inc.**                                        Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts**<br>**Position Tracking Systems, Inc**<br>**P.O. Box 724**<br>**Greenville, SC 29609** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$3,500.00** |
| ACCT #:  **xxx xxxxunts**<br>**Postmaster**<br>**109 S Main**<br>**Cashion, OK 73016** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$44.00** |
| ACCT #:  **xxx xxxxunts**<br>**PriessCo.**<br>**12104 Wileman Way**<br>**Oklahoma City, OK  73162** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$10,991.00** |
| ACCT #:  **xxx xxxxunts**<br>**Purvis Industries-OKC**<br>**P.O. Box 540757**<br>**Dallas, TX 75354-0757** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$29,157.83** |
| ACCT #:  **xxx xxxxunts**<br>**Questcare Em Oklahoma, LLC**<br>**PO Box 678216**<br>**Dallas, TX 75267-8216** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$467.00** |
| ACCT #:  **xxx xxxxunts**<br>**Ramde International, inc**<br>**11425 Hufsmith Kuykendahl Rd.**<br>**Suite B**<br>**Tomball, TX 77375-3162** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$5,499.96** |

Sheet no. ___**21**___ of ___**30**___ continuation sheets attached to                    Subtotal >    **$49,659.79**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Falcon Rigs, Inc.**                                          Case No. _____

                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts**<br>**Roberts International Truck**<br>**300 Longwood Dr.**<br>**Richmond, GA 31324** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$202.78** |
| ACCT #:  **xxx xxxxunts**<br>**Roberts Truck Center**<br>**1735 W. Reno**<br>**Oklahoma City, OK  73106** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,593.76** |
| ACCT #:  **xxx xxxxunts**<br>**Rother Brothers Inc.**<br>**P.O. Box 274**<br>**Highway 81 North**<br>**Kingfisher, OK  73750** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$757.56** |
| ACCT #:  **xxx xxxxunts**<br>**S & W Engine**<br>**P.O. Box 94638**<br>**Oklahoma City, OK  73143-4638** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$118,766.10** |
| ACCT #:  **xxx xxxxunts**<br>**Safety Kleen Systems**<br>**P.O. Box 650509**<br>**Dallas, TX  75265-0509** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$162.82** |
| ACCT #:  **xxx xxxxunts**<br>**SAIA**<br>**P.O. Box 730532**<br>**Dallas, TX 75373-0532** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$2,006.01** |

Sheet no. __**22**__ of __**30**__ continuation sheets attached to                                      Subtotal >    | **$123,489.03**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Falcon Rigs, Inc.**                                    Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xxx xxxxunts<br>**Schwab's Tinker Shop**<br>**PO Box 2764**<br>**Liberal, KS 67905-2764** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$6,910.98** |
| ACCT #:  xxx xxxxunts<br>**Seal Co. Enterprises**<br>**1558 N. 107th E. Ave.**<br>**Tulsa, Oklahoma 74116** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$32.80** |
| ACCT #:  xxx xxxxunts<br>**Service King**<br>**P.O. Box 158**<br>**2100 Hwy 66 W**<br>**Stroud, OK 74079** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$36,265.38** |
| ACCT #:  xxx xxxxunts<br>**Snap On Tools**<br>**Frank N Wride**<br>**10801 Katy Line Dr**<br>**Yukon, OK 73099** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$338.73** |
| ACCT #:  xxx xxxxunts<br>**Sooner Lift**<br>**3401 South Purdue**<br>**Oklahoma City, OK 73179** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$17.16** |
| ACCT #:  xxx xxxxunts<br>**Southeastern Freight Lines Inc**<br>**P.O. Box 100104**<br>**Columbia, SC 29202-3104** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$72.24** |

Sheet no. __**23**__ of __**30**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$43,637.29**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Falcon Rigs, Inc.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xxx xxxxunts<br>**Southwest Paper**<br>**3930 N. Bridgeport Circle**<br>**Wichita, KS 67219** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$156.59** |
| ACCT #:  xxx xxxxunts<br>**Special Metals Inc.**<br>**PO Box 94670**<br>**Oklahoma City, OK 73143-4670** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$2,543.57** |
| ACCT #:  xxx xxxxunts<br>**Spectro Wire**<br>**P.O. Box 6297**<br>**Moore, OK  73153** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,262.70** |
| ACCT #:  xxx xxxxunts<br>**Standard Steel**<br>**P.O. Box 302**<br>**Oklahoma City, OK 73101** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$20,345.71** |
| ACCT #:  xx-xxxx-2380<br>**Standard Steel**<br>**c/o King Law Firm**<br>**1141 North Robinson Suite 300**<br>**Oklahoma City, OK 73103** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$6,188.52** |
| ACCT #:  xxx xxxxunts<br>**Steel & Pipe Supply**<br>**P.O. Box 731266**<br>**Dallas, TX 75373-1266** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$23,905.46** |

Sheet no. __24__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$54,402.55**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Falcon Rigs, Inc.**                                    Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts**<br>**Steel Supply Company, Inc.**<br>**1120 S McKinley Avenue**<br>**Oklahoma City, OK 73108-7099** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$165.00** |
| ACCT #:  **xxx xxxxunts**<br>**Stewart Wholesale**<br>**14707 Valley View Rd**<br>**Shawnee, OK 74804** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$5,996.54** |
| ACCT #:  **xxx xxxxunts**<br>**Stoehr Wire Rope**<br>**P.O. Box 201553**<br>**Dallas, TX 75320-1553** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$9,633.58** |
| ACCT #:  **xxx xxxxunts**<br>**Summit Supply**<br>**P.O. Box 95068**<br>**Oklahoma City, OK  73143-5068** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$5,521.04** |
| ACCT #:  **xxx xxxxunts**<br>**T&W Tire**<br>**25 N Council**<br>**Oklahoma City, OK** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$13,742.31** |
| **Representing:**<br>**T&W Tire** | | **Pringle & Pringle & Hunter**<br>**9251 N Pennsylvania Place**<br>**Oklahoma City, OK 73120** | | | | **Notice Only** |

Sheet no. __**25**__ of __**30**__ continuation sheets attached to        Subtotal > | **$35,058.47**

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Falcon Rigs, Inc.**                                                                       Case No. _____

                                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts**<br>**The Carlson Company, Inc**<br>**6045 N. Broadway Street**<br>**Wichita, Kansas 67219-2013** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $11,015.97 |
| ACCT #:  **xxx xxxxunts**<br>**The Crosby Group, Inc.**<br>**Dept 2407**<br>**P.O. Box 122407**<br>**Dallas, TX 75312-2407** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $844.78 |
| ACCT #:  **xxx xxxxunts**<br>**The Inspection Group**<br>**P.O. Box 271434**<br>**Oklahoma City, OK 73137** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,625.00 |
| ACCT #:  **xxx xxxxunts**<br>**The McCreless Company**<br>**1318 N. Grant Avenue**<br>**Odessa, TX 79761-3897** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,160.95 |
| ACCT #:  **xxx xxxxunts**<br>**The Waggoners Trucking**<br>**P.O. Box 203392**<br>**Houston, TX  77216-3392** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,171.58 |
| ACCT #:  **xxx xxxxunts**<br>**Thermo-King of Tulsa**<br>**2228 W Skelly Dr**<br>**Tulsa, OK 74107** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $5,376.80 |

Sheet no. __**26**__ of __**30**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                   $23,195.08

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Falcon Rigs, Inc.**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts**<br>**TIEC**<br>**480 N. Sam Houston Pkwy. E**<br>**Suite 270**<br>**Houston, TX 77060** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$7,980.54** |
| ACCT #:  **xxx xxxxunts**<br>**TIMCO Service & Supply**<br>**P.O. Box 3200**<br>**100A North Highway 14-16**<br>**Gillette, WY 82717-3200** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$817.00** |
| ACCT #:  **xxx xxxxunts**<br>**Tioga Air Heaters, Inc.**<br>**9201 International Parkway**<br>**Minneapolis, MN 55428** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$5,670.00** |
| ACCT #:  **xxx xxxxunts**<br>**Tony's Pump & Supply**<br>**PO Box 554**<br>**Hwy 33 East**<br>**Kingfisher, OK 73750** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$34.02** |
| ACCT #:  **xxx xxxxunts**<br>**Town of Cashion**<br>**P.O. Box 27**<br>**Cashion, OK  73016** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$430.47** |
| ACCT #:  **xxx xxxxunts**<br>**TTA/C**<br>**1633 S Peachtree**<br>**Balch Springs, TX 75180** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$5,632.94** |

Sheet no. __**27**__ of __**30**__ continuation sheets attached to                          Subtotal >                 **$20,564.97**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                     Total >
                                   **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Falcon Rigs, Inc.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xxx xxxxunts<br>**Tulsa Gamma Ray, Inc.**<br>1127 S. Lewis Ave.<br>Tulsa, OK 74104 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,987.50 |
| ACCT #:  xxx xxxxunts<br>**United Engines**<br>P.O. Box 731594<br>Dallas, TX 75373-1594 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $177,365.39 |
| ACCT #:  xxx xxxxunts<br>**UPS**<br>Lockbox 577<br>Carol Stream, IL  60132-0577 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $4,610.95 |
| ACCT #:  xxx xxxxunts<br>**UPS Freight**<br>P.O. Box 730900<br>Dallas, TX 75373-0900 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,627.34 |
| ACCT #:  xxx xxxxunts<br>**Vermatic, Inc.**<br>1785 S. Johnson Road<br>New Berlin, WI 53146 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $157.44 |
| ACCT #:  xxx xxxxunts<br>**Warren Cat**<br>P.O. Box 842116<br>Dallas, TX  75284-2116 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,109.99 |

Sheet no. __28__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $187,858.61

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Falcon Rigs, Inc.**                                                Case No. _____

                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts**<br>**Watson Oilfield Supply LLC.**<br>**PO Box 10**<br>**Hobbs, NM 88241** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$35,140.80** |
| ACCT #:  **xxx xxxxunts**<br>**Waytek, Inc.**<br>**P.O. Box 81**<br>**Chaska, MN 55318** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$2,964.11** |
| ACCT #:  **xxx xxxxunts**<br>**Webbs Machine & Tool**<br>**Rt. 3 Box 65A**<br>**Kingfisher, OK 73750** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$15,072.00** |
| ACCT #:  **xxx xxxxunts**<br>**Weins Machine**<br>**Rt. 1 Box 523**<br>**Terlton, OK  74081** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$328,039.60** |
| ACCT #:<br>**Welco International**<br>**c/o Hughes Watters Arkansas LLP**<br>**333 Clay 29th Floor**<br>**Houston, TX 77002-4168** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$120,000.00** |
| ACCT #:  **xxx xxxxunts**<br>**Weldon Parts Inc.**<br>**P.O. Box 2115**<br>**Oklahoma City, OK  73101-2115** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$2,580.73** |

Sheet no. __**29**__ of __**30**__ continuation sheets attached to                                    Subtotal >      | **$503,797.24** |

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the**

**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Falcon Rigs, Inc.**                                    Case No. _____

                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxunts**<br>**Westquip, Inc**<br>**Hugg & Hall Equipment Co**<br>**PO Box 194110**<br>**Little Rock, AR 72219-4110** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $384.05 |
| ACCT #:  **xxx xxxxunts**<br>**Wicked Fabrication**<br>**1302 West Main #33**<br>**Auburn, WA 98001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $820.95 |
| ACCT #:  **xxx xxxxunts**<br>**Willis Oilfield Manufacturing**<br>**P.O. Box 262**<br>**Pampa, TX 79066-262** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $25,212.00 |
| ACCT #:  **xxx xxxxunts**<br>**Wilson Trailers**<br>**14100 South Meridian**<br>**Oklahoma City, OK 73173** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,478.84 |
| ACCT #:  **xxx xxxxunts**<br>**Winches Inc.**<br>**3356 Kermit Hwy.**<br>**Odessa, TX  79764** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $27,579.97 |
| ACCT #:  **xxx xxxxunts**<br>**WPT Power Corporation**<br>**PO Box 8148**<br>**Wichita Falls, TX 76307-8148** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,465.27 |

Sheet no. ____**30**____ of ____**30**____ continuation sheets attached to    **Subtotal >**    | $60,941.08 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**    | $2,247,897.68 |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Falcon Rigs, Inc.**                                          Case No. _____

                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Falcon Rigs, Inc.**                                                                    Case No. _____
                                                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

In re  **Falcon Rigs, Inc.**                                        Case No.

Chapter    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $1,000,000.00 | | |
| B - Personal Property | Yes | 6 | $2,396,195.56 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $1,285,478.51 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $25,857.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 31 | | $2,247,897.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| | TOTAL | 44 | $3,396,195.56 | $3,559,233.19 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Falcon Rigs, Inc.**                                    Case No. _____

                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**46**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date **4/28/2015**_____          Signature _**/s/ Brian Smith**_____

                                                                *Brian Smith*
                                                                *President*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

In re:   **Falcon Rigs, Inc.**                                                    Case No. _____

                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,131,169.24 | 2015 Income from business (gross receipts) |
| $6,969,622.00 | 2014 Income from business (gross receipts) |
| $16,981,351.00 | 2013 Income from business (gross receipts) |

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☑

c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| T&W Tire LLC an Oklahoma Limited Liability Company vs Falcon Rigs Inc an Okahoma Corporation Case number CJ-2015-1762 | Civil | In the Disitrict Court of Oklahoma County State of Oklahoma | Pending |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

In re:    **Falcon Rigs, Inc.**                                    Case No. _____

                                                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

| | | | |
|---|---|---|---|
| **Standard Steel Co LLC vs Falcon Rigs (f/k/a Rebel Equipment) Case number SC-2015-2380** | **Small Claims** | **In the District Court of Oklahoma County State of Oklahoma** | **Judgment** |
| **Falcon Rigs Inc vs AAA Well Service LLC Case number CJ-2014-00014** | **Civil** | **In the District Court of Kingfisher County State of Oklahoma** | **Pending** |
| **KAT Indutries Inc vs Falcon Rigs Inc Case number CJ-2014-00040** | **Civil** | **In the District Court of Kingfisher County State of Oklahoma** | **Judgment** |
| **Tyler Sheet Metal Inc vs  Falcon Rigs Inc Case number SC-2014-21249** | **Small Claims** | **In the District Court of Oklahoma County State of Oklahoma** | **Dismissed with Prejudice** |

None
☑   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None
☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None
☑   a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None
☑   List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None
☑   List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None
☑   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

In re:  **Falcon Rigs, Inc.**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**10. Other transfers**

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

In re:  **Falcon Rigs, Inc.**                                    Case No. _____

                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None
☐  a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Falcon Rigs, Inc.**<br>**25586 N 2980 Road**<br>**Cashion, OK 73016**<br>**Tax ID 20-1626509** | **Manufacturing** | **2004 to present** |

---

None
☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

In re:    **Falcon Rigs, Inc.**                                    Case No. _____

                                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☐    a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Kenneth W Klingenberg CPA PC**<br>**330 NW 13th Street**<br>**Oklahoma City, OK73103** | **2013 and 2014** |
| **Richard Adeline Pa**<br>**1130 Wilshire Circle West**<br>**Pembroke Pines, FL 33027** | **2008 to 2012** |

---

None
☑    b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☐    c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Falcon Rigs, Inc.** | **25586 N 2980 Road**<br>**Cashion, OK 73016** |

---

None
☑    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

### 20. Inventories

None
☑    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑    b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☑    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA
## OKLAHOMA CITY DIVISION

In re:  **Falcon Rigs, Inc.**                                    Case No. _____

                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

None
☐   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Brian Smith | President | 100% |

**22. Former partners, officers, directors and shareholders**

None
☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

None
☑   b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None
☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

**25. Pension Funds**

None
☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **4/28/2015**_____          Signature  **/s/ Brian Smith**_____

                                                                                    **Brian Smith**
                                                                                    **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF OKLAHOMA
### OKLAHOMA CITY DIVISION

IN RE:   **Falcon Rigs, Inc.**                                    CASE NO

                                                              CHAPTER   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept:                      **$0.00**

   Prior to the filing of this statement I have received:             **$0.00**

   Balance Due:                                                      **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

   **\*\*ALL LEGAL REPRESENTATION IN THE CHAPTER 11 PROCEEDINGS WITH ATTORNEY FEES CHARGED AT $350.00 PER HOUR PLUS OUT OF POCKET COSTS, WITH COURT APPROVAL.  A RETAINER OF $20,000 HAS BEEN PAID.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **4/28/2015** | **/s/ O. Clifton Gooding** |
| *Date* | *O. Clifton Gooding*              Bar No.  10315 |
| | The Gooding Law Firm, P.C. |
| | 204 N. Robinson |
| | Suite 650 |
| | Oklahoma City, OK 73102 |
| | Phone: (405) 948-1978 / Fax: (405) 948-0864 |

---

  /s/ Brian Smith

*Brian Smith*
*President*

B4 (Official Form 4) (12/07)

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF OKLAHOMA
### OKLAHOMA CITY DIVISION

IN RE:  **Falcon Rigs, Inc.**                                Case No.

                                                            Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Weins Machine<br>Rt. 1 Box 523<br>Terlton, OK  74081 | | Trade Debt | | **$328,039.60** |
| United Engines<br>P.O. Box 731594<br>Dallas, TX 75373-1594 | | Trade Debt | | **$177,365.39** |
| Perfection Truck Parts and Equipment<br>Regions Interstate Billings Service<br>P.O. Box 2208<br>Decatur, AL 35609-2208 | | Trade Debt | | **$148,781.16** |
| Welco International<br>c/o Hughes Watters Arkansas LLP<br>333 Clay 29th Floor<br>Houston, TX 77002-4168 | | Trade Debt | | **$120,000.00** |
| S & W Engine<br>P.O. Box 94638<br>Oklahoma City, OK  73143-4638 | | Trade Debt | | **$118,766.10** |
| C.H. Smith<br>604 Lilac Court<br>Blanchard, OK 73010 | | Trade Debt/Purchase Money | | **$145,478.51**<br>**Value: $28,475.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

IN RE:   **Falcon Rigs, Inc.**                                    Case No.

                                                          Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Ray Price<br>PO Box 955<br>Guthrie, OK 73044 | | 1st Mortgage | | **$1,100,000.00**<br><br>**Value: $1,000,000.00** |
| Cimarron Valley Transports<br>P.O. Box 307<br>Cashion, OK 73016 | | Trade Debt | | **$94,512.61** |
| KAT Machine<br>5209 SW 23rd Street<br>Oklahoma City, OK 73128 | | Trade Debt | | **$92,776.81** |
| Cspl OKC Branch<br>P.O. Box 910509<br>Dallas, TX 75391-0509 | | Trade Debt | | **$71,210.86** |
| Industrial Specialists<br>PO Box 670721<br>Dallas, TX 75267-0721 | | Trade Debt | | **$56,108.65** |
| Howard Supply<br>Dept 312<br>P.O. Box 4869<br>Houston, TX 77210-4869 | | Trade Debt | | **$52,500.00** |
| Mid-America Rigging L.L.C<br>303 North Villa<br>Oklahoma City, Ok 73107 | | Trade Debt | | **$46,081.95** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

IN RE:    **Falcon Rigs, Inc.**                                    Case No.

                                                                  Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Service King<br>P.O. Box 158<br>2100 Hwy 66 W<br>Stroud, OK 74079 | | Trade Debt | | **$36,265.38** |
| Mud King Products<br>15211 Woodham Drive<br>Houston, TX 77073 | | Trade Debt | | **$35,433.00** |
| Watson Oilfield Supply LLC.<br>PO Box 10<br>Hobbs, NM 88241 | | Trade Debt | | **$35,140.80** |
| EVCO Service Co<br>P.O. Box 907<br>Tuttle, OK 73089 | | Trade Debt | | **$34,662.35** |
| Mark Mullin Co.<br>1222 Old North Place<br>Sand Springs, OK  74063 | | Trade Debt | | **$33,189.25** |
| Purvis Industries-OKC<br>P.O. Box 540757<br>Dallas, TX 75354-0757 | | Trade Debt | | **$29,157.83** |
| Winches Inc.<br>3356 Kermit Hwy.<br>Odessa, TX  79764 | | Trade Debt | | **$27,579.97** |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA
## OKLAHOMA CITY DIVISION

IN RE:   **Falcon Rigs, Inc.**                                            Case No.

                                                                            Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the _____ **President** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.


Date:  **4/28/2015** _____        Signature: **/s/ Brian Smith** _____

                                                         ***Brian Smith***
                                                         **President**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

IN RE:    **Falcon Rigs, Inc.**                                CASE NO

                                                CHAPTER    **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

        The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/28/2015 _____          Signature _ */s/ Brian Smith* _____
                                                    *Brian Smith*
                                                    *President*

Date _____          Signature _____

A Weldor Supply
P.O. Box 82184
Oklahoma City, OK 73148-0184


Accurate Laboratories, Inc.
P.O. Box 94938
Oklahoma City, OK 73143


Accurate Safety Compliance
P.O. Box 721011
Norman, OK 73070


Ace Hardware
123 East Miles
Kingfisher, OK 73750


Advanced Pressure, Inc.
P.O. Box 270323
OKlahoma City, OK 73137


Advantage Power Battery
P.O. Box 890368
Oklahoma City, OK  73189


AEI Corp
P.O. Box 1945
Oklahoma City, OK  73101


Allied Bearing
P.O. Box 402847
Atlanta, GA 30384-2847


Amarillo Gear
P.O. Box 91257
Chicago, IL 60693

American Fire and Safety
1521 W. Reno
Oklahoma City, OK 73106


Ameripipe Supply
P.O. Box 29667
Dallas, TX 75229-0667


Anderson Sales
201 N. Cooley Dr.
Oklahoma City, OK 73127


API Monogram Program
P.O. Box 1425
Merrifield, VA 22116-1425


APSCO Inc
PO Box 470948
Tulsa, OK 74147


ARS
200 N.E. 48th
Oklahoma City, OK  73105


Association of Energy Service Companies
14531 FM 529, Suite 250
Houston, TX 77095


AT&T U-verse
PO Box 5014
Carol Stream, IL 60197-5014


B & H Supply
1420 S.W. 3rd
Oklahoma City, OK  73108-1433

BBM of OKC
3220 E. I-240 Service Road
Oklahoma City, OK 73135-1729


Beaver Express
P.O. Box 1168
Woodward, OK  73802


Bishop Lifting Products, Inc.
9140 W. Reno
Oklahoma City, Ok 73127


Bodkin Construction
Rt. 1 Box 31
Cashion, OK 73016


Bruckners Truck Sales
Corporate Billing LLC
Dept 959 PO Box 1000
Memphis, TN 38148


C M C of Georgia, Inc.
2167 Highway 123
Toccoa, GA 30577


C.H. Smith
604 Lilac Court
Blanchard, OK 73010


Candice Smith
10601 Windway Ave
Oklahoma City, OK 73162


Cannon Spring
4601 N. Walnut
Oklahoma City, OK  73105

Champion Hi Tech Mfg.
P.O. Box 4356 Dept. #1618
Houston, TX 77210-4356


Cimarron Valley Transports
P.O. Box 307
Cashion, OK 73016


Cintas Corporation
Location # 64
PO Box 88005
Chicago, IL 60680-1005


Cintas Corporation First Aid & Safety
P.O. Box 631025
Cincinnati, OH 45263-1025


CLUTCHCO
PO Box 1448
Humble, TX 77347


Colonial Life
Processing Center
P.O. Box 1365
Columbia, SC 29202-1365


Compressed Gas & Supply
1301 W. Reno
Oklahoma City, OK 73106


Cope Plastics
P.O. Box 368
Godfrey, IL  62035-0368


Crane Carrier Co
1925 N Sheridan
Tulsa, OK 74158

Crown Oilfield Instrumentation
PO Box 790
Maurice, LA 70555


Cspl OKC Branch
P.O. Box 910509
Dallas, TX 75391-0509


Custom Manufacturing
P.O. Box 1623
Norman, OK 73070


DHL Express - USA
16592 Collections Center Drive
Chicago, IL 60693


DirectTV
PO Box 60036
Los Angeles, CA 90060-0036


Drillers Service
P.O. Box 95282
Oklahoma City, OK  73143-5282


Drs. Reichert & Reichert
1512 Elm Street
El Reno, OK 73036


Edmond Safe and Lock
115 W, 15th St. #304
Edmond, OK 73013-3662


Edward W. Daniel
P.O. Box 931792
Cleveland, OH  44193-1162

Energy Equipment Sales
P.O. Box 955
Guthrie, OK  73044


Equify Financial
13600 Heritage Parkway Suite 150
Ft. Worth, TX 76177


Eureka Water
P.O. Box 26730
Oklahoma City, OK  73126


EVCO Service Co
P.O. Box 907
Tuttle, OK 73089


Excalibur Oilfield Supply
PO Box 13058
Oklahoma City, OK 73113


Fastenal Company
P.O. Box 978
Winona, MN 55987-0978


Fed Ex
P.O. Box 660481
Dallas, TX 75266-0481


Fed Ex Freight
Dept CH
P.O. Box 10306
Palatine, IL 60055-0306


Fentress Oil Co.
901 N.W. 71 Place
Oklahoma City, OK 73116

Fire Suppression Specialist
1125 SE Gran Blvd., Suite 106
Oklahoma City, OK 73129


FLANCO
P.O. Box 96768
Oklahoma City, OK 73143-6768


Fleetpride
P.O. Box 847118
Dallas, TX  75284-7118


Garrison Brothers Pipe & Used Equipment
P.O. Box 1026
El Reno, OK 73036


Garrison Manufacturing
3320 S. Yale
Santa Ana, CA 92704


GoEngineer
1787 East Ft. Union Blvd, Suite 100
Cottonwood Heights, UT 84121


Grainger
Dept. 866671050
P.O. Box 417267
Kansas City, MO  64141-6267


Guardian Safety and Compliance
2603 N. Shields Blvd
Moore, OK 73160


H-I-S Paint Mfg. Co. LLC
1801 West Reno
Oklahoma City, OK 73106

Howard Supply
Dept 312
P.O. Box 4869
Houston, TX 77210-4869


Hugg & Hall Equipment Co
P.O. Box 194110
Little Rock, AR 72219-4110


Hunzicker Bros.
P.O. Box 25248
Oklahoma City, OK  73125


Hydradyne Hydraulics
P.O. Box 974799
Dallas, TX  75397.4799


Hydraquip
P.O Box 4493
Houston, TX 77210-4493


Hydraulic Outlet
100 N Rockwell Ave
Oklahoma City, OK 73127


Hydraulic Sales & Service, Inc.
1920 East 2nd
PO Box 1548
Odessa, TX  79760


IBT
512 North Douglas Avenue
Oklahoma City, OK 73106-5008


Industrial Specialists
PO Box 670721
Dallas, TX 75267-0721

Inland Truck Parts
1905 S. Nicklas
Oklahoma City, Ok 73128-3052


Interstate Billing Service
PO Box 2208
Decatur, AL 35609-2208


IRS
PO Box 7346
Philadelphia, PA 19101-7346


J & E Supply
P.O. Box 19466
Oklahoma City, OK  73144


J & R Commercial Radiator
827 SE 26th St.
Oklahoma City, Ok  73129


Jim Johnson Oil Company
P.O. Box 66
El Reno, OK 73036


John Vance Motors
5400 S. Division St.
Gutherie, OK 73044


K & S Tire
P.O. Box 686
Kingfisher, OK 73750


Kaman Industrial Tech.
PO Box 402847
Atlanta, GA 30384-2847

KAT Machine
5209 SW 23rd Street
Oklahoma City, OK 73128


KB Machine
Rt. 4 Box 206
Kingfisher, OK  73750


Kerner's Heat & Air
114 E Buena Vista
Cashion, OK 73016


Kingfisher County Treasurer
PO Box 148
Kingfisher, OK 73750-0148


Kingfisher Regional Hospital
P.O. Box 59
Kingfisher, OK  73750


Kirby Smith Machinery INC.
P.O. Box 270360
Oklahoma City, OK  73137


KONECRANES INC
PO Box 641807
Pittsburgh, PA 15264-1807


KP Supply
PO Box 686
Oklahoma City, OK 73101-0686


L&W Mfg LLC
8702 State Hwy 33
Kingfisher, OK 73750

Ladd Industries
26449 Network Place
Chicago, IL 60673-1264


Lebus International Inc.
P.O. Box 2352
Longview, TX  75606-2352


Lewis Mfg
3601 S Byers Ave
Guthrie, OK 73129


Logan Co. Rural Water #2
Rt. 2 Box 183
Crescent, OK  73028


M & M Supply
P.O. Box 870164
Kansas City, MO 64187


Magic Industries
2308 S. Laurent
Victoria, TX 77901


Manchester Tank
12536 Collection Ctr Dr.
Chicago, IL  60693


Mark Mullin Co.
1222 Old North Place
Sand Springs, OK  74063


MATTCO
12000 Eastex Freeway
Hounton, TX 77039

McAfee & Taft
211 N Robinson Ave., Floor 10
Oklahoma City, OK 73102


MCM Oil Tools, Inc.
10422 West Gulf Bank Road
Houston, TX 77040


Medley Material Handling
PO Box 26706
Oklahoma City, OK 73126-0706


Mid-America Rigging L.L.C
303 North Villa
Oklahoma City, Ok 73107


Midwest Hose
P.O. Box 96558
Oklahoma City, OK  73143


Modern Woodmen of America
P.O. Box 2005
Rock Island, IL 61204-2005


Mohawk Materials
P.O. Box 640
Sand Springs, OK  74063


Morgan Brake & Clutch Inc.
#6 - 1701 Summit Avenue
Plano, TX 75074-8175


Motion Industries
4116 Will Rogers Parkway
Suite 800
Oklahoma City, OK 73108

Mountain Creek Products
200 N Main St
Bristow, OK 74010


MTM Recognition Corp
P.O. Box 15659
Oklahoma City, OK73115-5659


MTM Recognition Corporation
P.O. Box 15659
Oklahoma City, OK 73115-5659


Mud King Products
15211 Woodham Drive
Houston, TX 77073


Mueller, INC.
3400 S. US Highway 81 Service
El Reno, OK 73036


Munn Supply
P.O. Box 1145
Enid, OK  73702


NAMCO Machine & Gear Works LTD
9168-35th Avenue
Edmonton, Alberta, Canada, T6E 6N9


Napa
1111 S. Main
Kingfisher, OK 73750


Napa Auto Parts
301 N. Wentz
Guthrie, OK 73044

National Oilwell
PO Box 843200
Dallas, TX 75284-3200


NMHG Financial Services
PO Box 643749
Pittsburgh, PA 15264-3749


No Limit Equipment
PO Box 1196
Mustang, OK 73064


Northern Tool
BlueTarp Financial
PO box 105525
Atlanta, GA 30348-5525


O'Reilly Auto Parts
P.O. Box 9464
Springfield, MO 65801-9464


Occupational Health Centers
PO Box 75410
Oklahoma City, OK 73147-0410


Office Depot
P.O. Box 689020
Des Moines, IA  50368-9020


Oklahoma Tax Commission
Legal Division
120 North Robinson, Ste. 2000
Oklahoma City, OK 73102-7471


Palmer Johnson Power Systems
1835 Haynes Drive
Sun Prairie, WI 53590-3909

Parker Hannifin Mobile Cyln. Div.
7998 Collection Center Dr.
Chicago, IL  60693


Pemco of New Mexico
PO Box 428
Hobbs, New Mexico 88240


Perfection Truck Parts and Equipment
Regions Interstate Billings Service
P.O. Box 2208
Decatur, AL 35609-2208


Pioneer Telephone
Attn: Legal Dept
P.O. Box 539
Kingfisher, OK  73750


Port City Metals Services
3101 Charles Page Blvd.
Tulsa, OK 74127


Position Tracking Systems, Inc
P.O. Box 724
Greenville, SC 29609


Postmaster
109 S Main
Cashion, OK 73016


PriessCo.
12104 Wileman Way
Oklahoma City, OK  73162


Pringle & Pringle & Hunter
9251 N Pennsylvania Place
Oklahoma City, OK 73120

Purvis Industries-OKC
P.O. Box 540757
Dallas, TX 75354-0757


Questcare Em Oklahoma, LLC
PO Box 678216
Dallas, TX 75267-8216


Ramde International, inc
11425 Hufsmith Kuykendahl Rd.
Suite B
Tomball, TX 77375-3162


Ray Price
PO Box 955
Guthrie, OK 73044


Roberts International Truck
300 Longwood Dr.
Richmond, GA 31324


Roberts Truck Center
1735 W. Reno
Oklahoma City, OK   73106


Rother Brothers Inc.
P.O. Box 274
Highway 81 North
Kingfisher, OK   73750


S & W Engine
P.O. Box 94638
Oklahoma City, OK   73143-4638


Safety Kleen Systems
P.O. Box 650509
Dallas, TX   75265-0509

```
SAIA
P.O. Box 730532
Dallas, TX 75373-0532


Schwab's Tinker Shop
PO Box 2764
Liberal, KS 67905-2764


Seal Co. Enterprises
1558 N. 107th E. Ave.
Tulsa, Oklahoma 74116


Service King
P.O. Box 158
2100 Hwy 66 W
Stroud, OK 74079


Snap On Tools
Frank N Wride
10801 Katy Line Dr
Yukon, OK 73099


Sooner Lift
3401 South Purdue
Oklahoma City, OK 73179


Southeastern Freight Lines Inc
P.O. Box 100104
Columbia, SC 29202-3104


Southwest Paper
3930 N. Bridgeport Circle
Wichita, KS 67219


Special Metals Inc.
PO Box 94670
Oklahoma City, OK 73143-4670
```

Spectro Wire
P.O. Box 6297
Moore, OK  73153


Standard Steel
P.O. Box 302
Oklahoma City, OK 73101


Standard Steel
c/o King Law Firm
1141 North Robinson Suite 300
Oklahoma City, OK 73103


Steel & Pipe Supply
P.O. Box 731266
Dallas, TX 75373-1266


Steel Supply Company, Inc.
1120 S McKinley Avenue
Oklahoma City, OK 73108-7099


Stewart Wholesale
14707 Valley View Rd
Shawnee, OK 74804


Stoehr Wire Rope
P.O. Box 201553
Dallas, TX 75320-1553


Summit Supply
P.O. Box 95068
Oklahoma City, OK  73143-5068


T&W Tire
25 N Council
Oklahoma City, OK

The Carlson Company, Inc
6045 N. Broadway Street
Wichita, Kansas 67219-2013


The Crosby Group, Inc.
Dept 2407
P.O. Box 122407
Dallas, TX 75312-2407


The Inspection Group
P.O. Box 271434
Oklahoma City, OK 73137


The McCreless Company
1318 N. Grant Avenue
Odessa, TX 79761-3897


The Waggoners Trucking
P.O. Box 203392
Houston, TX  77216-3392


Thermo-King of Tulsa
2228 W Skelly Dr
Tulsa, OK 74107


TIEC
480 N. Sam Houston Pkwy. E
Suite 270
Houston, TX 77060


TIMCO Service & Supply
P.O. Box 3200
100A North Highway 14-16
Gillette, WY 82717-3200


Tioga Air Heaters, Inc.
9201 International Parkway
Minneapolis, MN 55428

```
Tony's Pump & Supply
PO Box 554
Hwy 33 East
Kingfisher, OK 73750


Town of Cashion
P.O. Box 27
Cashion, OK  73016


TTA/C
1633 S Peachtree
Balch Springs, TX 75180


Tulsa Gamma Ray, Inc.
1127 S. Lewis Ave.
Tulsa, OK 74104


United Engines
P.O. Box 731594
Dallas, TX 75373-1594


UPS
Lockbox 577
Carol Stream, IL  60132-0577


UPS Freight
P.O. Box 730900
Dallas, TX 75373-0900


Vermatic, Inc.
1785 S. Johnson Road
New Berlin, WI 53146


Warren Cat
P.O. Box 842116
Dallas, TX  75284-2116
```

Watson Oilfield Supply LLC.
PO Box 10
Hobbs, NM 88241


Waytek, Inc.
P.O. Box 81
Chaska, MN 55318


Webbs Machine & Tool
Rt. 3 Box 65A
Kingfisher, OK 73750


Weins Machine
Rt. 1 Box 523
Terlton, OK  74081


Welco International
c/o Hughes Watters Arkansas LLP
333 Clay 29th Floor
Houston, TX 77002-4168


Weldon Parts Inc.
P.O. Box 2115
Oklahoma City, OK  73101-2115


Westquip, Inc
Hugg & Hall Equipment Co
PO Box 194110
Little Rock, AR 72219-4110


Wicked Fabrication
1302 West Main #33
Auburn, WA 98001


Willis Oilfield Manufacturing
P.O. Box 262
Pampa, TX 79066-262

```
Wilson Trailers
14100 South Meridian
Oklahoma City, OK 73173


Winches Inc.
3356 Kermit Hwy.
Odessa, TX  79764


WPT Power Corporation
PO Box 8148
Wichita Falls, TX 76307-8148
```

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

IN RE:                                                    CHAPTER    **11**

**Falcon Rigs, Inc.**


DEBTOR(S)                                                 CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **President** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.


Date:  **4/28/2015** _____        Signature:  **/s/ Brian Smith** _____
                                                      *Brian Smith*
                                                      **President**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

In re: **Falcon Rigs, Inc.**

CASE NO

CHAPTER   **11**

## BUSINESS INCOME AND EXPENSES

### Falcons Rigs, Inc.

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

| | | |
|---|---|---|
| 1. Gross Income for 12 Months Prior to Filing: | **$6,969,622.00** | |

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---|
| 2. Gross Monthly Income: | | **$76,000.00** |

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor): | **$12,186.70** | |
| 4. Payroll Taxes: | **$0.00** | |
| 5. Unemployment Taxes: | **$0.00** | |
| 6. Worker's Compensation: | **$0.00** | |
| 7. Other Taxes: | **$0.00** | |
| 8. Inventory Purchases (including raw materials): | **$0.00** | |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** | |
| 10. Rent (other than debtor's principal residence): | **$0.00** | |
| 11. Utilities: | **$4,000.00** | |
| 12. Office Expenses and Supplies: | **$150.00** | |
| 13. Repairs and Maintenance: | **$0.00** | |
| 14. Vehicle Expenses: | **$3,000.00** | |
| 15. Travel and Entertainment: | **$0.00** | |
| 16. Equipment Rental and Leases: | **$0.00** | |
| 17. Legal/Accounting/Other Professional Fees: | **$0.00** | |
| 18. Insurance: | **$4,000.00** | |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** | |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | | |
| **Ray Price-1st Mortgage** | **$32,668.76** | |
| **CH-2012 Chevy Pick Up** | **$804.91** | |
| **Equify Financial** | **$4,872.86** | |
| 21. Other (Specify): | | |
| **Domestice Support Obligation to Candice Smith** | **$2,000.00** | |
| **Cost of Goods Sold** | **$12,000.00** | |
| 22. Total Monthly Expenses (Add items 3 - 21): | | **$75,683.23** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2): | | **$316.77** |